

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
cand.uscourts.gov

May 22, 2023

Subject: 22-cv-09011-JD
DeBert v. Santa Cruz County Sheriff's Department

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. Please use the bottom portion of this letter to print the current address for each listed defendant.

    You may email a picture or scan of the completed form to jessica_stitts@cand.uscourts.gov. As an alternative, you may use the self-addressed postage paid envelope to mail this information to the court.

Sincerely,

Mark B. Busby, Clerk

by: Jessica Stitts
Case Systems Administrator
jessica_stitts@cand.uscourts.gov

| Name | Address |
|---|---|
| COUNTY OF SANTA CRUZ c/o Jason M Heath county counsel | 701 Ocean St Rm 505 Santa Cruz, Ca 95060 |
|  |  |
|  |  |

REV. 10-20